UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

PEDRO CHIHUAHUA FLORES,

Petitioner,

v. No. 1:26-CV-148-H

MARKWAYNE MULLIN, et al.,

Respondents.

**ORDER**

Pedro Chihuahua Flores a filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention in the Bluebonnet Detention Center. Dkt. No. 1. He seeks release from confinement.

The respondents filed a response notifying the Court that Chihuahua Flores was granted voluntary departure, and in accordance with that order, was ordered to depart from the United States by July 23, 2026. Dkt. No. 10. The respondents argue that because Chihuahua Flores is no longer detained, there is no further relief that the Court may award, and the petition must be dismissed for lack of jurisdiction as moot. *See id.* Based on the information provided by the respondents, as well the fact that Chihuahua Flores can no longer be located through ICE's Online Detainee Locator System,[1] the Court concludes that Chihuahua Flores's claims are moot. Thus, the petition must be dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

[1] *See* https://locator.ice.gov/odls/#/results (last checked Nov. 6, 2026).

So ordered on November 6, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE